**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

FAUSTO MIGUEL VELASCO-GUZMAN    CIVIL ACTION NO. 26-1370

VERSUS    JUDGE ALEXANDER C. VAN HOOK

WARDEN ET AL    MAGISTRATE JUDGE LEBLANC

## <u>ORDER</u>

The Petitioner, Fausto Velasco-Guzman, contemporaneously filed a petition for a writ of habeas corpus and an emergency motion for a temporary restraining order. Record Documents 1, 2. The habeas petition is **REFERRED** to the Magistrate Judge for consideration and recommendation. Record Document 1. And for the following reasons, the emergency motion for a temporary restraining order is **DENIED**. Record Document 2.

In his motion for injunctive relief, the Petitioner seeks only one form of relief, a temporary stay of his removal. Even when couched as a request to "preserve the status quo," the United States Court of Appeals for the Fifth Circuit has made clear: "[a] request for stay of removal is a challenge to a removal order[,]" and the district court lacks "jurisdiction to grant such relief[.]" *Imran v. Harper*, No. 25-30370, 2026 WL 93131, at *1 (5th Cir. Jan. 13, 2026).

Moreover, although this Court has "the power to preserve existing conditions while it [determines] its own authority to grant injunctive relief[,]" the Petitioner has not alleged any sort of lawful status, and without such, the Court declines to grant

him temporary relief. *Cf. Umanzor Maldonado v. Lyons*, No. 26-112, 2026 WL 196521, at *2 (W.D. Tex. Jan. 20, 2026) (restraining removal during habeas proceeding where noncitizen had deferred action status). For the foregoing reasons, the motion for a temporary restraining order is denied.

**DONE AND SIGNED** at Shreveport, Louisiana, this 29th day of April, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE